```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 09251
   SHONDA L AKIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2503

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/21/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was converted to chapter 7 after confirmation 11/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG        .00           .00          .00
CITIMORTGAGE               MORTGAGE ARRE        .00           .00          .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC   13502.00        191.86      1369.14
TOYOTA MOTOR CREDIT CORP   UNSECURED         257.75           .00          .00
ADT                        UNSECURED       NOT FILED          .00          .00
AFNI INC                   UNSECURED       NOT FILED          .00          .00
ARNOLD SCOTT HARRIS        UNSECURED       NOT FILED          .00          .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00          .00
BIEHL & BIEHL              UNSECURED       NOT FILED          .00          .00
BOUDREAU & ASSOCIATES      UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00          .00
CASH FLOW CONSULTANTS      UNSECURED       NOT FILED          .00          .00
CITIBANK                   UNSECURED       NOT FILED          .00          .00
CITGO/CITI                 UNSECURED       NOT FILED          .00          .00
CITIBANK NA                UNSECURED       NOT FILED          .00          .00
CITIBANK NA                UNSECURED       NOT FILED          .00          .00
CLIENT SERVICES            UNSECURED       NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00          .00
CRED PROTECTION ASSOCIAT   UNSECURED       NOT FILED          .00          .00
MACYS EAST FDSB            UNSECURED       NOT FILED          .00          .00
MACYS EAST FDSB            UNSECURED       NOT FILED          .00          .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED        1336.60           .00          .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED          .00          .00
MARSHALL FIELDS            UNSECURED       NOT FILED          .00          .00
MUNICIPAL COLLECTION SER   UNSECURED         325.00           .00          .00
NATIONAL LOAN RECOVERIES   UNSECURED       NOT FILED          .00          .00
NICOR GAS                  UNSECURED        1653.78           .00          .00
NICOR GAS                  UNSECURED       NOT FILED          .00          .00
RECEIVABLES MANAGEMENT I   UNSECURED       NOT FILED          .00          .00
RMI/MCSI                   UNSECURED       NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09251 SHONDA L AKIS
```

```
RMI/MCSI                   UNSECURED      NOT FILED          .00              .00
SEARS/CBSD                 UNSECURED      NOT FILED          .00              .00
US DEPT OF EDUCATION       UNSECURED       3099.75           .00              .00
WFNNB/BRYLHM               UNSECURED        182.16           .00              .00
FINGERHUT                  UNSECURED        364.94           .00              .00
CHECK N GO                 UNSECURED      NOT FILED          .00              .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED          .00              .00
CITY OF CHICAGO PARKING    UNSECURED        278.89           .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,934.00                         738.64
TOM VAUGHN                 TRUSTEE                                         166.49
DEBTOR REFUND              REFUND                                          489.14
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,955.27

PRIORITY                                           .00
SECURED                                       1,369.14
   INTEREST                                     191.86
UNSECURED                                          .00
ADMINISTRATIVE                                  738.64
TRUSTEE COMPENSATION                            166.49
DEBTOR REFUND                                   489.14
                        ---------------     ---------------
TOTALS                  2,955.27            2,955.27

     Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
     Dated: 02/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE